**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JESSE ARON ROSS,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　Defendant(s). | 2:22-cv-00259-CDS-VCF<br><br>**ORDER** |

　　　Before the Court is Plaintiff's motion to exclude case from mediation (ECF NO. 8). Plaintiff would like to exclude his case from mediation to file an injunction. Defendant filed a non-opposition to the instant motion. (ECF No. 9).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Plaintiff's motion to exclude case from mediation (ECF NO. 8), is GRANTED. The early inmate mediation scheduled for November 4, 2022, is VACATED.

　　　DATED this 7th day of October 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1