# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSE ARON ROSS,<br><br>            Plaintiff<br><br>     v.<br><br>JOHNSON, *et al.*,<br><br>            Defendants | Case No. 2:22-cv-00259-CDS-VCF<br><br>**ORDER TO PRODUCE**<br>**JESSE ARON ROSS,**<br>**#1095756** |

TO:     NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE
        PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **JESSE ARON ROSS, #1095756,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **JESSE ARON ROSS, #1095756,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 6B, Las Vegas, Nevada, on Thursday, February 2, 2023, at the hour of 10:00 a.m., for the scheduled Evidentiary Hearing in the instant matter, and arrange for his appearance on said

date as may be ordered and directed by the entitled above, until the said JESSE ARON ROSS, #1095756, is released and discharged by the Court; and that the said **JESSE ARON ROSS, #1095756,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 25th day of January, 2023.

_____
**CRISTINA D. SILVA**
**UNITED STATES DISTRICT JUDGE**