1 Name: Jesse A. Ross
2 ID# 1095756 HDSP
3 PO Box 650
4 Indian Springs, NV  89070

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jesse Aron Ross,

        Plaintiff,

v.

Calvin Johnson et al.,

        Defendant(s).

Case No.: 2:22-CV-00259-CDS-UCF

**MOTION FOR LEAVE OF COURT TO FILE AN AMENDED CIVIL RIGHTS COMPLAINT.**

Comes now above named Plaintiff, appearing Pro-se, To respectfully request Leave of court to File a Amended civil rights complaint (Attached hereto as Exhibit 1). This motion is based upon the papers and pleadings on file, the attached memorandum of points and Authorities, and any oral arguement permitted @ the hearing of this matter.

Page 1 of 3

MEMORANDUM OF POINTS AND AUTHORITIES

I. RELEVANT PROCEDURAL HISTORY

A. On 6-23-22 The court issued a screening order, ECF NO. 3

B. On 1-3-23 the court issued a Discovery Plan and scheduling order, ECF No. 29

C. On 2-2-23 the court held a evidentiary hearing regarding Plaintiff's motion for a Preliminary Injunction, ECF No. 11, which the Court granted on 3-6-23, ECF No. 44.

II. LEGAL STANDARD

The Federal rules of civil Procedure (hereinafter "FRCP"), Permit the amendment of pleadings. See "FRCP" rule 15(2). Rule 15 states that

"the Court should freely give leave when Justice so requires". ID.

The local rules of Practice for the United States district Court, District of Nevada, require that the proposed Amended Pleading must be attached to the motion seeking leave to Amend. LRII, 15-1 Amended Pleadings.

## III. LEGAL ARGUEMENT

Plaintiff's proposed First Amended Complaint ("FAC"), adds parties, and additional facts. Some of the facts were discover during the cross-examination of defendant Julie Williams during the 2-2-23 evidentiary hearing, and some of the facts were uncovered during the review of discovery documents disclosed by the defendants.

The Supreme court has held that a trial court shall grant leave to Amend freely when Justice so requires, see Fuman V. Davis 371 U.S. 178 @ 182 (1962) - Courts universally recognize the strong preffrence that cases be decided on their merits. See, e.g. Silvagni v. Walmart Stores Inc., 320 FRD 237, 243 [D. Nev 2017].

In order for this case to be resolved on the merits, Plaintiff needs to Add additional defendants.

## IV. CONCLUSION

Plaintiff therefore respectfully requests the court grant leave to file a "FAC."

Respectfully,
Submitted,

4-5-23

Jesse Ross
Jesse A Ross
Pro-se Plaintiff