UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSE ARON ROSS,<br><br>        Plaintiff<br><br>       v.<br><br>JOHNSON, et al.,<br><br>        Defendants | Case No. 2:22-cv-00259-CDS-VCF<br><br>ORDER TO PRODUCE<br>JESSE ARON ROSS,<br>#1095756 |

TO:    NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

    **THE COURT HEREBY FINDS** that **JESSE ARON ROSS, #1095756**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **JESSE ARON ROSS, #1095756**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 6B, Las Vegas, Nevada, on August 16, 2023, at the hour of 10:00 a.m., for the scheduled status check hearing in the

instant matter, and arrange for his appearance on said date as may be ordered and directed by the entitled above, until JESSE ARON ROSS, #1095756, is released and discharged by the court; and that JESSE ARON ROSS, #1095756, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

Dated: July 12, 2023

_____
Cristina D. Silva
United States District Judge