**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Jesse Aron Ross,<br><br>          Plaintiff(s),<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>          Defendant(s). | 2:22-cv-00259-CDS-VCF<br><br>**ORDER** |

This matter has been referred to the undersigned to set a discovery plan and scheduling order. (ECF NO. 111).

On September 1, 2023, plaintiff filed a motion to conduct settlement conference. (ECF NO. 112). Defendants filed a non-opposition to plaintiff's motion to conduct settlement conference. (ECF NO. 114).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing to discuss discovery deadlines and plaintiff's motion to conduct settlement conference (ECF NO. 112), is scheduled for **11:00 AM, October 10, 2023**, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that the Nevada Attorney General's office, will make the necessary arrangements for plaintiff Ross to appear by video conference. Plaintiff Ross may appear by telephone, if video conference is not possible at his facility. Counsel must coordinate with Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov regarding this arrangement by noon, October 5, 2023.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by October 5, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

1    Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing
2    to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 26th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE