UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Jesse Aron Ross,<br><br>  Plaintiff<br><br>  v.<br><br>Calvin Johnson, et al.,<br><br>  Defendants | Case No. 2:22-cv-00259-CDS-VCF<br><br>**ORDER TO PRODUCE**<br>**JESSE ARON ROSS,**<br>**#1095756** |

TO:   NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **JESSE ARON ROSS, #1095756,** is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce JESSE ARON ROSS, #1095756, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 6B, Las Vegas, Nevada, on or about October 26, 2023, at the hour of 11:00 a.m., for the scheduled Status Conference in the instant matter, and arrange for his appearance on said date as may be ordered and directed

1  by the entitled above, until JESSE ARON ROSS, #1095756, is released and discharged
2  by the court; and that JESSE ARON ROSS, #1095756, shall thereafter be returned to the
3  custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure
4  conduct.

5      DATED: September 28, 2023

_____
Cristina D. Silva
United States District Judge