UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesse Aron Ross,

        Plaintiff

v.

Calvin Johnson, et al.,

        Defendants

Case No. 2:22-cv-00259-CDS-VCF

ORDER TO PRODUCE
JESSE ARON ROSS,
#1095756

TO:    NEVADA DEPARTMENT OF CORRECTIONS; and

TO:    JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

**THE COURT HEREBY FINDS** that JESSE ARON ROSS, #1095756, is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce JESSE ARON ROSS, #1095756 to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 3D, Las Vegas, Nevada, on or about December 12, 2023, at the hour of 10:30 a.m., for the scheduled Settlement Conference in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the entitled above, until JESSE ARON ROSS, #1095756, is released and discharged by the court; and that JESSE ARON ROSS, #1095756, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

DATED: December 1, 2023

_____
Cam Ferenbach
United States Magistrate Judge