Patrick J. Reilly
Nevada Bar No. 6103
Maliq I. Kendricks
Nevada Bar No. 15254
Jamie P. Leavitt
Nevada Bar No. 16268
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
preilly@bhfs.com
mkendricks@bhfs.com
jleavitt@bhfs.com

*Attorneys for Jesse Aron Ross*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS,<br><br>　　　　　Plaintiff<br><br>v.<br><br>CALVIN JOHNSON, et al,<br><br>　　　　　Defendants | Case No. 2:22-cv-00259-CDS-VCF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS HEARING**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Jesse Aron Ross, ("Plaintiff") hereby, by and through his counsel of record the law firm Brownstein Hyatt Farber Schreck, LLP ("Brownstein"), and Defendants Calvin Johnson, *et al*, ("Defendants"), by and through their counsel of record the State of Nevada, Office of the Attorney General, hereby stipulate ad agree, contingent on this Court's approval, as follows:

　　　　1.　　This stipulation is made pursuant to LR IA 6-1 and LR 7-4.

　　　　2.　　On September 1, 2023, Plaintiff filed a Motion to Conduct Settlement Conference. *See* ECF NO 112.

　　　　3.　　On September 18, 2023, Defendants filed a Non-Opposition to Plaintiff's Motion for a Settlement Conference. *See* ECF No. 114.

　　　　4.　　The court held a hearing on October 10, 2023, where the parties agreed to a global

1  settlement conference for case numbers 2:21-cv-630-APG-EJY and 2:22-cv-002590CDS-VCF. *See*
2  ECF No. 119-120.

3      5.    The settlement conference was initially scheduled for November 28, 2023, before
4  U.S. Magistrate Judge Cam Ferenbach. *See* ECF No. 120. Due to issues with video conferencing
5  at High Desert State Prison, the settlement conference was delayed. *See* ECF No. 125.

6      6.    On November 30, 2023, Plaintiff engaged the law firm of Brownstein Hyatt Farber
7  Schreck as pro bono counsel, with attorney Patrick J. Reilly as lead counsel for the Plaintiff.

8      7.    Over the last 11 days, Mr. Reilly has been the sole Brownstein attorney preparing
9  for the settlement conference.

10      8.    On December 11, 2023, Mr. Reilly was admitted into the hospital.

11      9.    The settlement conference is currently scheduled for 10:30 a.m., December 12,
12  2023, in front of U.S. Magistrate Judge, Cam Ferenbach. *See* ECF No. 129. A hearing has also
13  been scheduled to occur in Case No. 2:22-cv-002590-CDS-VCF before U.S. District Court Judge
14  Cristina D. Silva directly in advance of the settlement conference.

15      10.    There is an Order to Produce the Plaintiff, which was entered on December 1, 2023,
16  under Case. No 2:22-cv-002590CDS-VCF. *See id*.

17      11.    On the morning of December 11, 2023, Brownstein contacted opposing counsel,
18  Victoria C. Corey, Esq., by email and voicemail, seeking an agreement to continue the settlement
19  conference since Patrick Reilly would be unable to attend. Brownstein also gave notice to:
20  (1) Judge Ferenbach's chambers via email and phone call to Tawnee Renfro; (2) Judge Silva's
21  chambers via email to cds_chambers@nvd.uscourts.gov; and (3) Mr. Ross the Plaintiff via phone
22  call with him and his case worker Chad Smith.

23      12.    Considering Patrick Reilly's health emergency, the parties have agreed, contingent
24  upon this Court's approval, to stipulate to continue the settlement conference and hearing.

25      13.    All parties can be available for a rescheduled hearing and global settlement
26  conference either December 19 or 20, 2023.

27      14.    This is the first request for an extension of this deadline.

28      15.    This stipulation is made in good faith and is not made in any attempt to delay

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702 382 2101

proceedings.

**IT IS SO STIPULATED.**

DATED this 11th day of December, 2023.

/s/ *Jamie P. Leavitt*
Patrick J. Reilly, Esq.
Maliq I. Kendricks, Esq.
Jamie P. Leavitt, Esq.
BROWNSTEIN HYATT
FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Jesse Aron Ross*

/s/ *Victoria C. Corey*
Aaron D. Ford, Esq.
Victoria C. Corey, Esq.
STATE OF NEVADA
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101

*Attorneys for Defendants Calvin Johnson, et al.*

**ORDER**

IT IS ORDERED that the emergency stipulation to continue [ECF No. 132] is GRANTED. The status hearing is continued to December 21, 2023 at 10:00 a.m. in LV Courtroom 6B before Judge Cristina D. Silva.

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 11, 2023

3