**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jesse Aron Ross,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Brian Williams, *et al.*,<br><br>　　　　　　Defendants. | 2:21-cv-00630-APG-EJY<br><br>**MINUTE ORDER** |
| Jesse Aron Ross,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　　　Defendants. | 2:22-cv-00259-CDS-VCF<br><br>**MINUTE ORDER** |

TO:　NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

THE COURT HEREBY FINDS that JESSE ARON ROSS, #1095756, is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

IT IS ORDERED that the Warden of High Desert State Prison, or his designee, shall transport and produce JESSE ARON ROSS, #1095756 to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 3D, Las Vegas, Nevada, on or about **December 21, 2023, at the hour of 11:00 a.m.**, for the scheduled Settlement Conference in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the entitled above, until JESSE ARON ROSS, #1095756, is released and discharged by the court; and that JESSE ARON ROSS, #1095756, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under

safe and secure conduct.

DATED this 12th day of December 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE