UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesse Aron Ross,

    Plaintiff

v.

Calvin Johnson, et al.,

    Defendants

Case No. 2:22-cv-00259-CDS-VCF

**Order to Produce**
JESSE ARON ROSS,
#1095756

TO:   NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

**THE COURT HEREBY FINDS** that JESSE ARON ROSS, #1095756, is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce JESSE ARON ROSS, #1095756 to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 6B, Las Vegas, Nevada, on or about **December 21, 2023, at the hour of 10:00 a.m.**, for the scheduled Status Conference in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the entitled above, until JESSE ARON ROSS, #1095756, is released and discharged by the court; and that JESSE ARON ROSS, #1095756, shall thereafter be returned to the custody of the warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

DATED: December 11, 2023

_____
Cristina D. Silva
United States District Judge