UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesse Aron Ross,

          Plaintiff

v.

Calvin Johnson, et al.,

          Defendants

Case No. 2:22-cv-00259-CDS-MDC

**Order Denying Patterson's Motion to Consolidate, and Denying Defendants' Motion to Strike as Moot**

[ECF Nos. 143, 145]

      Movant Jaysen Patterson sought to consolidate his civil rights action (*Patterson v. Williams, et al.*, Case No. 2:23-cv-00735-GMN-BNW) with the instant matter brought by plaintiff Jesse Aron Ross. ECF No. 143. The defendants in the Patterson action, all of whom (with the exception of David Tristan and Jacob Walden) are also defendants in the Ross action, opposed the motion for consolidation. *Patterson v. Williams, et al.*, 2:23-cv-00735, ECF No. 16. Ross filed a response contending that consolidation is not necessary because Patterson will directly benefit from the relief sought by Ross. ECF No. 146. Additionally, defendants move to strike Patterson's motion to consolidate. ECF No. 145.

      After finding that consolidating the cases at this stage could create inefficiency and potential prejudice given that the two actions are in different procedural postures, Patterson's request was denied. *Patterson v. Williams, et al.*, 2:23-cv-00735, ECF No. 22. This disposition renders the defendants' motion to strike moot and it will be denied as such.

**Conclusion**

      IT IS THEREFORE ORDERED that the Patterson's motion for consolidation **[ECF No. 143] is denied**.

      IT IS FURTHER ORDERED that defendants' motion to strike **[ECF No. 145] is denied** as moot.

      Dated: February 21, 2024

                                                                       _____
                                                                        Cristina D. Silva
                                                                        United States District Judge