**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jesse Aron Ross,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　　　　Defendant(s). | **2:22-cv-00259-CDS-MDC**<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Plaintiff's counsel – Maliq I. Kendricks, Esq.; Patrick J. Reilly, Esq.; and Jamie Leavitt, Esq. of the law firm of Brownstein Hyatt Farber Schreck, LLP – have filed a Motion to Withdraw (ECF No. 152) from representing plaintiff Jesse Aron Ross. Under Local Rule ("LR") IA 11-6(b) "[if] an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b).

Counsel served their motion as required. The grounds for withdrawal include a disagreement over case strategy and plaintiff's discharge of counsel. ECF No. 152. Counsel certify that they have advised plaintiff of the consequences of withdrawal. *Id.* They state that withdrawal can be accomplished without material adverse effect on the interest of plaintiff. *Id.* In his Response (ECF No. 153) to the motion, plaintiff confirms that he discharged counsel and that disagreements with counsel arose, but disputes the sole disagreement was over case strategy. The Court finds that plaintiff's discharge of counsel is sufficient alone to support counsel's withdrawal. Counsel's Motion to Withdraw (ECF No. 152) is therefore GRANTED.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Withdraw* (ECF No. 152) is GRANTED.

2. The Clerk of Court is kindly directed to remove Maliq I. Kendricks, Esq.; Patrick J. Reilly, Esq.; and Jamie Leavitt, Esq. of the law firm of Brownstein Hyatt Farber Schreck, LLP as counsel of record for plaintiff and from electronic service list for this case.

3. The Clerk of the Court shall add the last known address of plaintiff to the docket and send a copy of this Order to plaintiff's last known address:

> Prisoner # 1095756
> High Desert State Prison
> P.O. Box 650,
> Indian Springs, NV 89070-0650

4. Plaintiff shall be responsible for following all discovery deadlines and other case-related deadlines and may seek extensions if necessary.

DATED this 13th day of September 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge