1 | AARON D. FORD
Attorney General
2 | LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
3 | State of Nevada
Office of the Attorney General
4 | 1 State of Nevada Way
Suite 100
5 | Las Vegas, Nevada 89119
(702) 486-3795 (phone)
6 | (702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

7 |

*Attorneys for Defendants Jeremy Bean,*
8 | *Charles Daniels, Calvin Johnson,*
*Ronald Oliver, James Scally,*
9 | *Steve Sisolak, Harold Wickham,*
*Brian Williams, Sr., and Julie Williams*

10 |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS, | Case No. 2:22-cv-00259-CDS-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| CALVIN JOHNSON, *et al.,* | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Jesse Aron Ross (Ross), *pro se*, and Defendants Jeremy Bean, Charles Daniels, Calvin Johnson, Ronald Oliver, James Scally, Steve Sisolak, Harold Wickham, Brian Williams, Sr., and Julie Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice.  Any outstanding deadlines are considered moot.

DATED this 7th day of May, 2025.

By: _____
JESSE ARON ROSS #1095756
Plaintiff

DATED this 7th day of May, 2025

AARON D. FORD
Attorney General

By: /s/ *Leo T. Hendges*
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 17, 2025

_____
UNITED STATES DISTRICT JUDGE